**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00859-CV

## IN RE THOMAS Y. PICKETT & CO., INC., Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01622**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court are relator's petition for writ of mandamus and relator's motion to consolidate mandamus proceedings. We **GRANT** the motion and **ORDER** cause number 05-18-00859-CV **CONSOLIDATED** into cause number 05-18-00834-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-18-00859-CV and refile them in cause number 05-18-00834-CV and to treat cause number 05-18-00859-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00834-CV.

By orders dated July 24, 2018 and July 27, 2018, this Court requested that the real party in interest and respondent file responses to the petitions for writ of mandamus filed by Kinder Morgan Production Company, LLC and Pecos County Appraisal District. We now request that the real party in interest and respondent also file responses to the petition for writ of mandamus filed by Thomas Y. Pickett & Co., Inc. We **DIRECT** the real party in interest and respondent to

include any responses to the petition for writ of mandamus filed by Thomas Y. Pickett & Co., Inc. in their responses to the petitions filed by Kinder Morgan Production Company, LLC and Pecos County Appraisal District.  The consolidated responses shall be filed **by August 15, 2018**.

/s/ ROBERT M. FILLMORE
JUSTICE